**Fill in this information to identify the case:**

Debtor name __Sage Group, LLC__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) __18-30949-dwh11__

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* __20 Largest Unsecured Claims__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 10, 2018__        X __/s/ John Patrick Lucas__
                                        Signature of individual signing on behalf of debtor

                                        **John Patrick Lucas**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Sage Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number (if known): **18-30949-dwh11**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Greg Law Landscape** 15780 SW 133rd Tigard, OR 97224 | | **Contract** | | | | **$8,500.00** |
| **Internal Revenue Service Centralized Insolvency Solutions PO Box 7346 Philadelphia, PA 19101** | | **Precautionary** | | | | **$0.00** |
| **Jordan Ramis, PC 2 Centerpointe Dr., Suite 600 Lake Oswego, OR 97035** | | **Attorney's Fees** | | | | **$66,959.00** |
| **Mark Shoff c/o Joseph Mabe 1200 SW Main St. Portland, OR 97205** | | **Phase #2 Property 11571 SW Toulouse St. Wilsonville OR 97070 (also secured by Phase I property owned by Chateau Villabois, LLC)** | | **$126,074.96** | **$800,000.00** | **$126,074.96** |
| **ODR - Bkcy 955 Center NE #353 Salem, OR 97301** | | **Precautionary** | | | | **$0.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pacific Northwest Land Development c/o Dunn Carney, LLP 851 SW 6th Ave., Suite 1500 Portland, OR 97204** | | **Phase #2 Property 11571 SW Toulouse St. Wilsonville OR 97070 (also secured by Phase I property owned by Chateau Villabois, LLC)** | | **$151,634.80** | **$800,000.00** | **$25,406.50** |
| **Paul Sandland Trust c/o Robert Smejkal, PC POB 1758 Eugene, OR 97440** | | **Precautionary** | | | | **$0.00** |
| **Steve Koski c/o Dunn Carney, LLP 851 SW 6th Ave., Suite 1500 Portland, OR 97204** | | **Phase #2 Property 11571 SW Toulouse St. Wilsonville OR 97070 (also secured by Phase I property owned by Chateau Villabois, LLC)** | | **$73,028.00** | **$800,000.00** | **$73,028.00** |
| **Steve Koski c/o Dunn Carney, LLP 851 SW 6th Ave., Suite 1500 Portland, OR 97204** | | **Phase #2 Property 11571 SW Toulouse St. Wilsonville OR 97070 (also secured by Phase I property owned by Chateau Villabois, LLC)** | | **$35,331.16** | **$800,000.00** | **$35,331.16** |
| **Western Land Holding I, LLC c/o DCA Administrative Services, LLC, RA 851 SW Sixth Ave., Suite 1500 Portland, OR 97204** | | **Precautionary** | | | | **$0.00** |

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re ) | |
| ) | Case No. 18-30949-dwh11 |
| **Sage Group, LLC,** ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |

I, Lisette Barajas, Declare as follow:

    I certify that on **April 11, 2018**, I served, by **first class mail**, a full and true copy of the attached **Amended List of Creditors Holding 20 Largest Unsecured Claims, Labels of the 20 Largest Unsecured Creditors, Amended Declaration Under Penalty of Perjury for Non-Individual Debtors and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Sage Group, LLC**
**16869 SW 65th Ave #303**
**Lake Oswego OR 97035**

**Office of the United States Trustee**
**620 SW Main Street, Suite 213**
**Portland OR 97205**

        Dated: **April 11, 2018**

        /s/ Lisette Barajas
        Lisette Barajas, Legal Assistant to
        Ted A. Troutman

Page 1 Certificate of Service